24

NELSEN CONCRETE PRODUCTS, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed July 26, 1973.*

NELSEN CONCRETE PRODUCTS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

IBM CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, ADMINISTRATIVE OFFICE OF THE ILLINOIS COURTS, Respondent.

*Opinion filed July 26, 1973.*

IBM CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.